**Order entered April 7, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00024-CV

### IN RE DERRICK YOUNG, Relator

**Original Proceeding from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-08-18771**

## ORDER

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** petition for writ of mandamus.

The Court **ORDERS** the Honorable Andrea Plumlee, Presiding Judge of the 330th Judicial District Court, to **VACATE** the November 10, 2014 Associate Judge's Report and the January 5, 2015 Order Granting Intervenor's Motion for Genetic Testing.

The Court **ORDERS** the Honorable Andrea Plumlee, Presiding Judge of the 330th Judicial District Court, to order DNA Diagnostics Center, and their officers, representatives, agents, servants, employees, attorneys, and those persons in active concert or participation with them, including any other testing agency or entity involved in the judicially ordered parentage testing in this case, to do the following: (a) permanently halt the processing and analysis of any genetic testing ordered in this case; (b) immediately destroy any samples taken for genetic testing; (c) **NOT** to disclose to anyone any results of any genetic testing conducted by DNA

Diagnostics Center or any other testing agency or entity involved in judicially ordered parentage testing in this case; (d) immediately destroy any record of any testing results; and (e) certify to the trial court in writing, under oath, within ten days of the date of the order of the trial court, that the order of the trial court to halt processing and analysis, and destroy genetic samples and all records of any testing results, has been complied with;

The Court **ORDERS** the Honorable Andrea Plumlee, Presiding Judge of the 330th Judicial District Court, to order Derrick Young, Yolanda Roddy, Diron Thompson, all attorneys of record, and their officers, representatives, agents, servants, employees, attorneys, and those persons in active concert or participation with them, (a) **NOT** to disclose to anyone any results of any genetic testing conducted by DNA Diagnostics Center or any other testing agency or entity involved in judicially ordered parentage testing in this case; (b) immediately destroy any record of any testing results; and (c) certify to the trial court in writing, under oath, within ten days of the date of the order of the trial judge, that the order of the district judge to destroy any record of the testing results has been complied with;

The Court **ORDERS** the Honorable Andrea Plumlee, Presiding Judge of the 330th Judicial District Court, to order Derrick Young, Yolanda Roddy, Diron Thompson, DNA Diagnostics Center or any other testing agency or entity involved in judicially ordered parentage testing in this case, and all attorneys of record, to provide their officers, representatives, agents, servants, employees, attorneys, and those persons in active concert or participation with them, to the extent such individuals are involved in any genetic testing in this case, a copy of the district judge's orders entered in compliance with this Court's order;

The Court **ORDERS** the Honorable Andrea Plumlee, Presiding Judge of the 330th Judicial District Court, to order Derrick Young, Yolanda Roddy, Diron Thompson, DNA

Diagnostics Center or any other testing agency or entity involved in judicially ordered parentage testing in this case, all attorneys of record, and their officers, representatives, agents, servants, employees, attorneys, and those persons in active concert or participation with them, that any information obtained as a result of the November 10, 2014 and January 5, 2015 orders for genetic testing not be used for any purpose at any time, including but not limited to the underlying litigation or any other judicial proceeding;

The Court **ORDERS** the Honorable Andrea Plumlee, Presiding Judge of the 330th Judicial District Court, to provide copies of the above orders to the Clerk of this Court and to certify to the Clerk of this Court the status of compliance with each of the orders that have been served upon the persons and parties identified in this opinion, **within twenty (20) days of the date of this Court's order**.

This Court's January 9, 2015 order of stay and this Court's February 17, 2015 order sealing any genetic testing reports **REMAIN IN EFFECT** until further order of this Court.


/s/      DOUGLAS S. LANG
            JUSTICE